In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of JAMES VIRDONE, Admitted as an Attorney and Counselor at Law under the Name of JAMES VERDONE.— Respondent was admitted to the bar June 5, 1912. It is undisputed that through the neglect of respondent considerable loss came to three estates of incompetents of which he was a committee. The loss was made good by a surety company which has made adjustments with respondent. There is also a charge that respondent used $300 of an incompetent's estate, and failed to account for it for over two years, at a time when objections were made to his account. The court does not agree with the official referee's conclusion as to this charge but is in accord with the referee's report to the extent that it recommends suspension. The respondent is suspended from the practice of the law for the period of one year. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

ÆTNA CASUALTY & SURETY COMPANY, Appellant, v. FREDERICK GRONHOLZ, Respondent.— Action to recover damages for personal injuries arising from the collision of two automobiles. Appeal by the plaintiff from a judgment entered by direction of the trial court, after a trial without a jury. Judgment unanimously affirmed, with costs. The diagram placed upon plaintiff's Exhibit 3 by the witness Greve furnished substantive proof of his negligence and is a bar to plaintiff's recovery. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE JOHN BERGER & SON COMPANY, Appellant, v. HENRY M. DUYS and Others, as Executors, etc., of JOHN H. DUYS, Deceased, Respondents.— In an action on a guaranty between defendants' testator and another, of which plaintiff claimed it was a beneficiary, judgment was awarded to defendants dismissing the complaint on the merits. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ. [174 Misc. 976.]

RAYMOND JOSEPH BRUDER, and HARRY D. BRUDER, as Guardian ad Litem of MELVIN FENIMORE BRUDER, an Infant, over the Age of Fourteen Years, Respondents, v. JACOB SCHWARTZ, as Executor and Trustee, etc., of WILLIAM SCHWARTZ, Deceased, Appellant.— Order providing for the taking of oral testimony of a witness in Florida, and for the payment by the moving party of limited expenses for the attendance of the attorney for the other side, in so far as appealed from, affirmed, with ten dollars costs and disbursements. Appellant's time to pay the $100 provided for in the order appealed from is extended until five days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.